**NOTE CHANGES MADE BY THE COURT**
**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERIOR COMMUNICATIONS, INC., | Case No. 2:25-cv-09759-MCS-MBK |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING RESOLUTION OF PROCEEDINGS BEFORE U.S. INTERNATIONAL TRADE COMMISSION (ECF No. 20)** |
| v. | |
| BELKIN INTERNATIONAL, INC., | |
| Defendant. | Judge:   Hon. Mark C. Scarsi |

After considering the Joint Stipulation between Plaintiff Superior Communications, Inc. and Defendant Belkin International, Inc. regarding staying the case pending resolution of proceedings before the U.S. International Trade Commission, it is hereby **ORDERED** as follows: The above-captioned action is stayed until the determination of an Investigation under section 337 of the Tariff Act of 1930 instituted as a result of Plaintiff's complaint entitled *Certain Screen Protectors, Screen Protector Systems, and Components Thereof, DN 3861* becomes final.

//

//

//

~~The parties will submit a joint status report by January 9, 2026 regarding institution of the ITC action.~~

**For case administration purposes only, the Court directs the Clerk to remove the case from the Court's active caseload until further application by the parties or order of this Court. The parties shall file a joint status report within 120 days, and a further report every 120 days thereafter. Each report must state on the cover page the date the next report is due. Additionally, the parties must file a joint status report within seven days after the International Trade Commission decides whether to institute an investigation and, if the International Trade Commission institutes an investigation, a joint status report within seven days after the determination of the investigation becomes final.**

**IT IS SO ORDERED.**

Dated: December 10, 2025

*/s/ Mark C. Scarsi*
Mark C. Scarsi
United States District Judge